IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-1725-RPM-MJW

THE HARTFORD LIFE INSURANCE COMPANY and THE CONTINENTAL CASUALTY COMPANY,

    Plaintiffs,

vs.

VALERIE BRADSHAW a/k/a VALERIE BRADSHAW GARIBAY,
CARRIE KATHLEEN GARIBAY a/k/a CARRIE KATHLEEN KURZYNIEC,
ROXANNE AMBER GARIBAY, AND THE ESTATE OF RICARDO GARIBAY III,

    Defendants.

## MINUTE ORDER GRANTING (DN 10) MOTION TO VACATE AND RESET SCHEDULING CONFERENCE

Entered by Magistrate Judge Michael J. Watanabe

    THIS MATTER comes before the Court on Plaintiffs' Motion to Vacate and Reset Scheduling Conference. THE COURT, having reviewed the Motion, the file, and otherwise having been advised,

    GRANTS Plaintiffs' Motion, and hereby ORDERS that the Scheduling Conference currently set for November 2, 2005 at 2:00 p.m. in this matter is VACATED and RESET on November 18, 2005, at 9:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The Scheduling Order shall be submitted to the court on or before November 14, 2005.

Date:  October 27, 2005