IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No. 05-CV-1725-RPM-MJW

THE HARTFORD LIFE INSURANCE COMPANY and THE CONTINENTAL CASUALTY COMPANY,

     Plaintiffs,

vs.

VALERIE BRADSHAW a/k/a VALERIE BRADSHAW GARIBAY,
CARRIE KATHLEEN GARIBAY a/k/a CARRIE KATHLEEN KURZYNIEC,
ROXANNE AMBER GARIBAY, AND THE ESTATE OF RICARDO GARIBAY III,

     Defendants.

## MINUTE ORDER

It is hereby ORDERED that the Plaintiffs' Unopposed Motion to Vacate and Reset Scheduling Conference is GRANTED in PART and DENIED in PART. The portion relating to resetting the Scheduling Conference is DENIED. However, the court will convert the Scheduling Conference to a Status Conference. The parties shall appear in person for the Status Conference on November 18, 2005, at 9:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

     Date: November 16, 2005