IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-1725-RPM-MJW

THE HARTFORD LIFE INSURANCE COMPANY and THE CONTINENTAL CASUALTY
COMPANY,

      Plaintiffs,

vs.

VALERIE BRADSHAW a/k/a VALERIE BRADSHAW GARIBAY,
CARRIE KATHLEEN GARIBAY a/k/a CARRIE KATHLEEN KURZYNIEC, ROXANNE
AMBER GARIBAY, AND THE ESTATE OF RICARDO GARIBAY III,

      Defendants.

---

## ORDER GRANTING UNCONTESTED MOTION TO AMEND COMPLAINT ( Docket No. 24

THIS MATTER comes before the Court on Plaintiffs' Motion to Amend Complaint.

THE COURT, having reviewed the Motion, the file, and otherwise having been advised,

HEREBY GRANTS Plaintiffs' Motion, and further ORDERS that Plaintiffs' Amended

Complaint is hereby received for filing.

Dated this 23'd day of November, 2005.

BY THE COURT:

_____

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE