IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01725-RPM-MJW

THE HARTFORD LIFE INSURANCE COMPANY and
THE CONTINENTAL CASUALTY COMPANY,

    Plaintiffs,

vs.

VALERIE BRADSHAW a/k/a VALERIE BRADSHAW GARIBAY,
CARRIE KATHLEEN GARIBAY a/k/a CARRIE KATHLEEN KURZYNIEC,
ROXANNE AMBER GARIBAY,
THE ESTATE OF RICARDO GARIBAY III,
LAURA BROWN, and
RICARDO GARIBAY, JR.,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Upon the parties' Stipulated Motion for Dismissal With Prejudice, the Court ORDERS that this action is DISMISSED with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated this 23rd day of March, 2006.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch
Senior United States District Judge